IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01571-WYD-MJW

MANDY'S LTD, *a Colorado Limited Liability Company*, and
AMANDA MACHAN,

Plaintiffs,

v.

TIMEPAYMENT CORP., *a Delaware corporation*, and
SALON AND BEAUTY SOURCE, INC., *a Floriday corporation, d/b/a SalonSmart*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant TimePayment Corp.'s first Motion to Amend Answer and Counterclaim (Docket No. 24) and second Motion to Amend Answer and Counterclaim (Docket No. 26) are both DENIED WITHOUT PREJUDICE. The moving Defendant's certificate of conferral does not suggest that Defendant came anywhere near meeting its obligation to meet and confer with Plaintiff prior to filing these motions.  D.C.COLO.LCivR 7.1(a) requires the moving party to "make reasonable good faith efforts . . . to resolve any disputed matter."  This standard cannot be satisfied by sending a single email asking whether opposing counsel does or does not oppose the motion.

Date: November 12, 2015