IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01571-WYD-MJW

MANDY'S LTD, a Colorado Limited Liability Company, and
AMANDA MACHAN, an Individual,

      Plaintiffs,

v.

TIMEPAYMENT CORP., a Delaware corporation, and
SALON AND BEAUTY SOURCE, INC., a Florida corporation, doing business as SalonSmart,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion for Leave to File Response to Defendant's Motion for Summary Judgment filed January 21, 2016 (ECF No. 35) is **STRICKEN** as it fails to comply with D.C.COLO.LCivR 7.1.  While Plaintiffs stated they conferred with defense counsel "by telephone message", this is not sufficient to comply with the rule.  A party must make a good faith effort to confer with opposing counsel, not simply leave a message, and must advise the court after conferring with counsel as to whether the motion is opposed or unopposed.  Plaintiffs may refile the motion after making appropriate efforts to confer as required by the Local Rule.

      Also, Plaintiffs are advised in the future to use the correct format for their caption, as displayed in this Minute Order.  This format is shown on the Court's website in the Forms (Sample Pleading - Civil).

      Dated:  January 26, 2016