IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01571-WYD-MJW

MANDY'S LTD, a Colorado Limited Liability Company, and
AMANDA MACHAN, an Individual,

    Plaintiffs,

v.

TIMEPAYMENT CORP., a Delaware corporation, and
SALON AND BEAUTY SOURCE, INC., a Florida corporation, doing business as SalonSmart,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Motion for Partial Dismissal With Prejudice filed February 22, 2016.  After a careful review of the Motion and the file, it is

ORDERED that the Joint Motion for Partial Dismissal With Prejudice (ECF No. 41) is **GRANTED**.  All of Plaintiff's claims against Defendant TimePayment Corp. are **DISMISSED WITH PREJUDICE**, and TimePayment Corp.'s counterclaims against Plaintiffs are **DISMISSED WITH PREJUDICE**.  In light of this Order, Defendant TimePayment Corp. shall hereafter be taken off the caption.

    Dated:  February 22, 2016

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge